# MAGISTRATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

STATE OF GEORGIA

V.

Lovell Jones

**DEFENDANT**



WARRANT NO. ~~████████████~~

## WAIVER OF EXTRADITION

I, Lovell Jones, being present in the Magistrate Court of Clayton County, in the custody of the Sheriff of Clayton County, Georgia, and after having been first duly informed and advised by the Magistrate Court of Clayton County of my right under the laws of the State of Georgia to demand and procure legal counsel; and having also been informed of the demand made for my surrender to an agent of the State of Kentucky and having been informed that I am charged in said State ~~████████████████████████████████████~~; and having been informed of my right to a writ of habeas corpus; and having been informed of my right to require the issuance and service of an executive warrant of extradition upon me before I may be required to return to the State of Kentucky to answer said charge alleged to have been committed by me in said state;

Do hereby freely and voluntarily consent to return to said State to answer said charge; and I further freely and voluntarily waive any and all extradition proceedings, and all formalities thereof, and my right to obtain a writ of habeas corpus in connection with my said return.

Dated on January 10, 2017

_____
(signature) Defendant - Lovell Jones

The above waiver of extradition proceedings and other rights was freely and voluntarily executed and subscribed before me by the above named Defendant after I had fully informed him/her of the demand made for his/her surrender to the agent of the demanding State, and after I had fully informed him/her of the other rights which he/she freely and voluntarily waived.

It is HEREBY ORDERED that the Sheriff of CLAYTON County, Georgia forthwith in accordance with the Uniform Criminal Extradition Act, ***detain and deliver*** said Defendant to the duly accredited agent or agents of the demanding State for the purpose of returning him/her to said State together with a true and correct copy of this proceeding.

Ordered in CLAYTON County, Georgia, January 10, 2017

_____
Judge, Magistrate Court of Clayton County

Note: This is proof that my incarseration started in Georgia in December, and I have been incarserated every since! It is also proof that I had no access to my account!

# netSpend®

P.O. Box 14720
Austin, TX 78761

## NetSpend Prepaid Debit Card Dispute Update
February 24, 2017

LOVELL JONES    **N0001032
1620 11TH ST
LAWRENCEVILLE IL 62439

ACCOUNT NUMBER: 1732298023
CLAIM DATE: 02/08/2017 13:10:33
CLAIM NUMBER: 3194213
CLAIM AMOUNT: $443.29

Dear Valued Cardholder,

This letter is to inform you that we have made a final determination regarding the possible errors made with your NetSpend Prepaid Debit Card for the transaction(s) listed below:

12/26/16 2300 W LEXINGTON LAWRENCEVILLE IL $62.00
12/26/16 2300 W LEXINGTON LAWRENCEVILLE IL $2.50
01/31/17 2610 WEST HAVEN ROAD LAWRENCEVILLEILUS $302.00
01/31/17 2610 WEST HAVEN ROAD LAWRENCEVILLEILUS $35.76
02/01/17 29 S 6th St Vincennes INUS $1.00
02/01/17 2610 WEST HAVEN ROAD LAWRENCEVILLEILUS $36.09
02/03/17 2301 JAMES ST LAWRENCEVILLEILUS $2.02
02/04/17 1502 STATE STREET US LAWRENCEVILLEILUS $1.92:

Based on the information we had and the facts of our investigation, we find that an error has occurred. Therefore, funds have been credited to your account, in the amount listed above, as of the date of this letter. In addition, we are refunding you for any fees associated with the disputed transactions at this time.

This claim is now considered closed.

If you have additional questions, please contact the NetSpend Dispute Resolution Department at 1-866-387-7363 or address above.

Sincerely,

NetSpend Dispute Resolution Department

Note:
Claim also came up missing out of my account on 2-23-17
This is proof of stolen funds refunded and stolen again on February 23, 2017

20200550-001032-0001-0001                                    CH0009A