Untied States Magistrate Judge
Hon: Andrew W. Austin
United States District Court
For The Western District of Texas
501 W. 5th Street, Suite 100
Austin, Texas 78701

8-9-17

RECEIVED
AUG 17 2017
CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Case# A-17-CV-304RP

Dear Judge Mr. Austin

    I am writing in regards to my civil claim A-17-CV-304RP sir. Netspend has committed yet another unlawful act against me and my mother Linda Jones. I was told in a letter by Netspend Card Company that if I wanted my account unfrozen I would have to make someone power of attorney over my account ending in #8023. I gave my mother power of attorney over my affairs. They required her to send the original power of attorney, a copy of a government issued ID, and her social security card copy. For some reason unknown to me they have closed out all of my accounts and refuse to correct their wrong, and refund me the nearly $4000.00 that they allowed to be taken out of my (3) accounts!

    They mailed her a check for what was in my account, and told her that they would refuse my deposits. After closing my accounts they comprimised my mother's identity by sending the copies of her drivers license, and social security to card here to the jail, and now she has to pay a company to moniter her credit, and personal information. At 63 years old and just having (3) major operations this year she can't handle to much stress.

    I don't understand how they can continue to put my family and I at risk sir without repercussion of their actions? I can please get a update and case summary on my case sir? Thank you for your time and consideration, please have a Blessed day!

Respectfully,
Lavell J. Jones

RECEIVED
AUG 1 2012

Lovell J. Jones #130465
HCDC
380 Borax Drive
Henderson, Ky 42420

 

1000  78701

U.S. POSTAGE
PAID
HENDERSON, KY
42420
AUG 14, 17
AMOUNT
**$0.49**
R2305K140559-09

United States Magistrate Judge
HON: Andrew W. Austin
United States District Court
For The Western District of Texas
501 W. 5th Street. Suite 100
Austin, Texas 78701



SCREENED BY CCC
AUG 17 2017

78701$3813 C006